AO 467 (Rev. 01/09) Order Requiring a Defendant to Appear in the District Where Charges are Pending and Transferring Bail

# UNITED STATES DISTRICT COURT
## for the
### District of Nevada

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No.   2:16-mj-336-GWF |
| SCOTT LESLIE GLOVER | ) | |
| | ) | Charging District:   ~~District of Wyoming~~ |
| Defendant | ) | Charging District's Case No.   16CR46-F |

*Received / Entered / Served on Counsel/Parties of Record — MAY 18 2016 — Clerk US District Court, District of Nevada, By: ____ Deputy*

## ORDER REQUIRING A DEFENDANT TO APPEAR IN THE DISTRICT WHERE CHARGES ARE PENDING AND TRANSFERRING BAIL

After a hearing in this court, the defendant is released from custody and ordered to appear in the district court where the charges are pending to answer those charges. If the time to appear in that court has not yet been set, the defendant must appear when notified to do so. Otherwise, the time and place to appear in that court are:

| Place: | U.S. District Court for the District of Wyoming<br>2120 Capitol Avenue<br>Cheyenne, WY 82001<br>Before the Honorable Chief U.S. Magistrate Judge Kelly H. Rankin | Courtroom: | TBD |
|---|---|---|---|
| | | Date/Time: | May 25, 2016 at 9:00 a.m. |

The clerk is ordered to transfer any bail deposited in the registry of this court to the clerk of the court where the charges are pending.

Date:   May 18, 2016

_____
*Judge's signature*

GEORGE FOLEY, JR. U.S. Magistrate Judge
*Printed name and title*